**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, DARCI EILEEN WIGDERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARCI EILEEN WIGDERSON<br><br>Defendant. | Case No.: **1:17-CR-00173 BAM**<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant Darci Eileen Wigderson, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.

Defendant agrees that her interests shall be represented at all times by the presence of her attorneys of record the same as if Defendant were personally present, and requests that this court allow her attorneys-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at same time and place.

///

///

This request is made because Ms. Wigderson is currently participating in an inpatient addiction recovery program at WestCare California, 2772 South M.L.K. Jr. Boulevard, Fresno, California , and is not be permitted to leave the recovery center.

Respectfully submitted,

Dated: October 16, 2017    By: /s/ Darci Eileen Wigderson
**DARCI EILEEN WIGDERSON**
Defendant
(Original Signature in File)

Dated: October 16, 2017    By: /s/ *Roger D. Wilson*
**ROGER D. WILSON**
Attorney for Defendant
DARCI EILEEN WIGDERSON

--o0o--

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **October 17, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE