1 McGREGOR W. SCOTT
United States Attorney
2 VINCENZA RABENN
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

5

6 Attorneys for Plaintiff
United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,               CASE NO. 17-CR-00173 DAD

12                        Plaintiff,       STIPULATION REGARDING CONTINUANCE OF
                                           SENTENCING HEARING; ORDER
13            v.
                                           DATE: July 8, 2019
14 DARCI WIGDERSON,                        TIME: 10:00 a.m.
                                           COURT: Hon. Dale A. Drozd
15                        Defendant.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter is currently set for sentencing on July 8 2019.

21        2.      Due to unforeseen issues, the U.S. Probation draft presentence investigation report was

22 not released until June 27, 2019. The final report is still pending. Counsel for the government and the

23 defense are now requesting that the sentencing be rescheduled so that the parties have adequate time to

24 review the sentencing calculations and prepare informal and formal objections.  The parties have

25 conferred and are available for sentencing on August 19, 2019.

26        3.      The parties have agreed to the following schedule, and request that the Court order the

27 following:

28              a)      The sentencing hearing currently scheduled for July 8, 2019 should be

                                           1

1 rescheduled for August 19 at 10:00 a.m.;

2         b)     The Presentence Referral Schedule should be amended, and the deadlines for

3 changed to reflect that the informal objections due on July 22, 2019, the final Presentence Report

4 is due on July 29, 2019 and formal objections due on August 5, 2019.

5

6 IT IS SO STIPULATED.

7                            Respectfully submitted,

8

9 Dated: July 3, 2019                 McGREGOR W. SCOTT
                               United States Attorney

10

11                            /s/ VINCENZA RABENN
                           VINCENZA RABENN

12                            Assistant United States Attorney

13

14 Dated: July 3, 2019                 /s/ ROGER WILSON
                           ROGER WILSON

15                            Counsel for Defendant
                           DARCI WIGDERSON

16

17

18 **ORDER**

19     IT IS HEREBY ORDERED that the sentencing hearing be continued to August 19, 2019, and

20 the deadlines for the PSR are informal objections due on July 22, 2019, the final Presentence Report is

21 due on July 29, 2019 and formal objections due on August 5, 2019.

22 IT IS SO ORDERED.

23

24    Dated:   **July 3, 2019**                                                                        
                                        UNITED STATES DISTRICT JUDGE

25

26

27

28