IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00173-003 DAD |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| DARCI EILEEN WIGDERSON, | |
| Defendant. | |

The above named defendant having been sentenced on August 19, 2019, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __**August 19, 2019**__           _____
                                          UNITED STATES DISTRICT JUDGE